UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| POTTS FAMILY MOTORS INCORPORATED,<br><br>　　　　　　　　Plaintiff,<br>　v.<br><br>THE CITY OF LONGVIEW, THE CITY OF LONGVIEW POLICE DEPARTMENT, SGT. MARC LANGLOIS,<br>　　　　　　　　Defendants. | No. C15-5547 RBL-KLS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1)　The Court adopts the Report and Recommendation.

(2)　Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is **denied,** his complaint is **dismissed without prejudice** on the grounds that it fails to state a claim upon which relief may be granted, and the **dismissal shall count as a strike under 28 U.S.C. § 1915(g).**

(3)　The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 26th day of October, 2015.

　　　　　　　　　　　　　　　　　　　　*/s/ Ronald B. Leighton*
　　　　　　　　　　　　　　　　　　　　Ronald B. Leighton
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER TO AMEND OR SHOW CAUSE- 1